# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

VICKY HUTTO,

    Plaintiff,

v.                                                    Case No: 5:23-cv-00669-MMH-PRL

SANOFI-AVENTIS U.S. LLC, ET AL.

    Defendant.
_____/

## DISCLOSURE STATEMENT PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Sanofi S.A., et al., makes the following disclosure(s).

1. Identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

   Sanofi is the parent company to sanofi-aventis U.S. LLC and Sanofi U.S. Services, Inc. Sanofi, which is a publicly held company, owns 10% of more of stock in sanofi-aventis U.S. LLC sand Sanofi U.S. Services, Inc. Sanofi is publicly traded on the New York and Paris Exchanges.

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor:

   Defendant sanofi-aventis U.S. LLC is a Delaware limited liability company with its principal place of business in Bridgewater, New Jersey. Defendant Sanofi US Services, Inc. is the sole member of sanofi-aventis U.S. LLC. Defendant Sanofi U.S. Services Inc. is a Delaware corporation with its principal place of business in Bridgewater, New Jersey.

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate,

member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

> Plaintiff Vicky Hutto, who is represented by Johnson Law Group, including Russell W. Lewis IV, Caryn M. Papantonakis, and Pierce Jones.
>
> Defendants sanofi-aventis U.S. LLC and Sanofi US Services, Inc., who is represented by Shook, Hardy & Bacon, including Connor J. Sears and Jarvis C. James.

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

   > Sanofi.

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

   > None.

6. Identify each person arguably eligible for restitution:

   > Plaintiff Vicky Hutto alleges to have incurred damages regarding the claims at issue in this case. Defendants deny the same and further deny that Plaintiff is entitled to any relief in this case.

☒     I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Respectfully submitted,

*/s/ Jarvis C. James*
Connor J. Sears
LEAD COUNSEL
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
csears@shb.com

Jarvis C. James
**SHOOK, HARDY & BACON L.L.P.**
100 North Tampa Street, Suite 2900
Tampa, FL 33602-5810
Telephone: 813-202-7100
Facsimile: 813-221-8837
jjames@shb.com

*Attorneys for Sanofi US Services Inc., f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC*