UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

VICKY HUTTO,

    *Plaintiffs*,

v.   NO. 5:23-CV-00669-MMH-PRL

SANOFI S.A., ET AL.,

    *Defendants*.

## JOINT NOTICE

Pursuant to this Court's February 7, 2024 Order, the parties submit the following joint notice:

This case is not part of the settlement discussions referenced in Case No. 8:23-cv-1176-KKM-TGW.

The MDL court has appointed a settlement master that the parties have worked with for the past few years. There have been ongoing discussions about resolution of groups of cases, as well as individual cases, with both group and individual settlements having been reached. The parties intend to continue working toward early resolution of this case. John Jackson has served as the mediator for the MDL.

| | |
|---|---|
| Dated: February 12, 2024 | /s/ Connor J. Sears |
| | Connor J. Sears |
| | Florida Bar No. 91223 |
| | csears@shb.com |
| | Shook, Hardy & Bacon LLP |
| | 2555 Grand Blvd. |
| | Kansas City, MO 64108 |
| | 816.474.6550 (telephone) |
| | 816.421.5547 (facsimile) |
| | |
| | /s/ *Russell W. Lewis IV* |
| | Russell W. Lewis IV |
| | Johnson Law Group |
| | 2925 Richmond Ave. #1700 |
| | Houston, TX 77098 |
| | T: (713) 626-9336 |
| | F: (713) 583-9460 |
| | RLewis@johnsonlawgroup.com |
| | *Attorney for Plaintiff* |