# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

VICKY HUTTO,

    Plaintiff,

v.                                        Case No.   5:23-cv-669-MMH-PRL

SANOFI-AVENTIS U.S. LLC and
SANOFI U.S. SERVICES, INC.,
f/k/a Sanofi-Aventis U.S. Inc.,

    Defendants.

## ORDER TO SHOW CAUSE

Plaintiff is directed to **show cause** by a written response filed on or before **February 27, 2024**, why this case should not be **dismissed** for lack of prosecution or **sanctions** imposed due to her failure to file a disclosure statement as required by Federal Rule of Civil Procedure 7.1 and Local Rule 3.03.  Plaintiff is cautioned that failure to respond to this order may result in the **dismissal** of the action or the entry of **sanctions** without further notice.

**DONE AND ORDERED** in Chambers this 12th day of February, 2024.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record