# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

VICKY HUTTO,

    Plaintiff,

v.                                  Case No. 5:23-cv-00669-MMH-PRL

SANOFI-AVENTIS U.S. LLC, ET AL.

    Defendants.
_____/

## NOTICE OF PENDING SETTLEMENT AND REQUEST TO STAY PROCEEDINGS

Plaintiff Vicky Hutto and Defendants Sanofi U.S. Services Inc. and Sanofi-Aventis U.S. LLC (collectively, "the Parties"), hereby give notice that the Parties have reached an agreement in principle for the complete resolution of this matter.

The Parties are in the process of preparing and finalizing a Master Settlement Agreement which will include the instant case, as well as other cases in multi-district litigation. Accordingly, the Parties in this matter respectfully request that this Court vacate all pending deadlines and stay this matter for six months, through and including September 6, 2024, at which time a status report informing this Court of the settlement status or a motion for appropriate relief shall be due.

Dated: March 7, 2024                           Respectfully submitted,

                                                    */s/ Jarvis C. James*
                                                    Connor Sears
                                                    **SHOOK, HARDY & BACON L.L.P.**
                                                    2555 Grand Blvd

Kansas City, MO 64108
Phone: (816) 559-2044
Email: csears@shb.com

Jarvis C. James
**SHOOK, HARDY & BACON L.L.P.**
100 North Tampa Street, Suite 2900
Tampa, FL 33602-5810
Phone: (813) 202-7100
Email: jjames@shb.com

*Counsel for Sanofi U.S. Services Inc.
and Sanofi-Aventis U.S. LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sends notification of such filing to all CM/ECF participants.

/s/ *Jarvis C. James*
Jarvis C. James
**SHOOK, HARDY & BACON L.L.P.**
100 North Tampa Street, Suite 2900
Tampa, FL 33602-5810
Phone: (813) 202-7100
Email: jjames@shb.com

*Counsel for Sanofi U.S. Services Inc. and Sanofi-Aventis U.S. LLC*