# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

VICKY HUTTO,

    Plaintiff,

v.                                                   Case No. 5:23-cv-669-MMH-PRL

SANOFI-AVENTIS U.S. LLC and
SANOFI U.S. SERVICES, INC.,
f/k/a Sanofi-Aventis U.S. Inc.,

    Defendants.

## **O R D E R**

**THIS CAUSE** is before the Court on the Notice of Pending Settlement and Request to Stay Proceedings (Dkt. No. 19; Motion) filed on March 7, 2024. In the Motion, the parties advise the Court that they have reached a settlement in principle in this matter and request that the case be stayed for six months. See Motion at 1. Accordingly, it is hereby

**ORDERED:**

1. The Notice of Pending Settlement and Request to Stay Proceedings (Dkt. No. 19) is **GRANTED**.

2. This case is **STAYED**.

3. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

4. Because this case will remain pending in the Middle District of Florida, Ocala Division, Plaintiff must still comply with this Court's Order (Dkt. No. 18) on or before **March 22, 2024**, and provide the Court with sufficient information so that it can conclude that it has subject matter jurisdiction over this action.

5. The parties shall have until **September 6, 2024**, to file a notice advising the Court of the status of this matter.

**DONE AND ORDERED** in Chambers this 8th day of March, 2024.

/s/ Marcia Morales Howard
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record