UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

VICKY HUTTO,

    Plaintiff,

v.                                Case No.   5:23-cv-669-MMH-PRL

SANOFI-AVENTIS U.S. LLC and
SANOFI U.S. SERVICES, INC.,
f/k/a Sanofi-Aventis U.S. Inc.,

    Defendants.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Stipulation of Dismissal With Prejudice (Dkt. No. 24; Stipulation) filed on February 24, 2025. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1.     This case is **DISMISSED with prejudice**.

2.     Each party shall bear its own attorneys' fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers this 25th day of February, 2025.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record